# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 26, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

Re: Palmer R. Ross
v. Texas
No. 14-8113
(Your No. WR-82, 197-01)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 8, 2014 and placed on the docket January 26, 2015 as No. 14-8113.

Sincerely,

Scott S. Harris, Clerk

by

Michael Duggan
Case Analyst